UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|     Plaintiff,        ) | |
| ) | No. 1:13-cr-222 |
| v.        ) | |
| ) | HONORABLE PAUL L. MALONEY |
| SANDRA WHITE,        ) | |
|     Defendant.        ) | |
| ) | |

## JUDGMENT

In accordance with the order entered on this date and pursuant to Fed. R. Civ. P. 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   June 19, 2019                            /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge